IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE DISTRICT OF SOUTH CAROLINA
SPARTANBURG DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | CR. NO. 7:24 cr 281 |
| | ) | 18 U.S.C. § 922(g)(1) |
| | ) | 18 U.S.C. § 924(a)(8) |
| vs. | ) | 18 U.S.C. § 924(d)(1) |
| | ) | 18 U.S.C. § 924(e) |
| | ) | 21 U.S.C. § 844(a) |
| MELVIN ANTONIO EUGENE MAXWELL | ) | 28 U.S.C. § 2461(c) |

**SEALED INDICTMENT**

COUNT ONE

THE GRAND JURY CHARGES:

That on or about November 27, 2023, in the District of South Carolina, the Defendant, MELVIN ANTONIO EUGENE MAXWELL, knowingly possessed a firearm, which had been shipped and transported in interstate and foreign commerce, to wit, a Llama (Gabilondo Y Cia Vitoria), .45 caliber pistol, having previously been convicted of a crime punishable by imprisonment for a term exceeding one year, and knowing that he had been convicted of such a crime;

In violation of Title 18, United States Code, Sections 922(g)(1), 924(a)(8), and 924(e).

## COUNT TWO

THE GRAND JURY FURTHER CHARGES:

That on or about November 27, 2023, in the District of South Carolina, the Defendant, MELVIN ANTONIO EUGENE MAXWELL, knowingly, intentionally, and unlawfully possessed a quantity of cocaine base (commonly known as crack cocaine), and cocaine, both Schedule II controlled substances;

In violation of Title 21, United States Code, Section 844(a).

## **FORFEITURE**

FIREARM OFFENSE:

Upon conviction for the felony violation of Title 18, United States Code, Section 922(g)(1) as charged in this Indictment, the Defendant, MELVIN ANTONIO EUGENE MAXWELL, shall forfeit to the United States all of the Defendant's rights, title, and interest in:

- (a) any firearms and ammunition (as defined in 18 U.S.C. § 921) –

    (1) involved in or used in any knowing violations of 18 U.S.C. § 922, or violation of any other criminal law of the United States, or intended to be used in a crime of violence.

PROPERTY:

Pursuant to Title 18, United States Code, Section 924(d)(1), and Title 28, United States Code, Section 2461(c), the property which is subject to forfeiture upon conviction of the Defendant for the offense charged in this Indictment includes, but is not limited to, the following:

- (a) Firearm:

    Llama (Gabilondo Y Cia Vitoria), .45 caliber pistol with an extended magazine
    Model: Max I
    Serial Number: C23319

- (b) Ammunition:

    Miscellaneous rounds of .45 caliber ammunition

Pursuant to Title 18, United States Code, Section 924(d)(1), and Title 28, United States Code, Section 2461(c).

A __True__ Bill

__REDACTED__
FOREPERSON

ADAIR F. BOROUGHS
UNITED STATES ATTORNEY

By: *[signature]*

Max B. Cauthen, III (Fed. ID # 06732)
Assistant United States Attorney
55 Beattie Place, Suite 700
Greenville, SC 29601
Tel.:   864-268-2100
Fax:   864-233-3158
Email: Max.Cauthen@usdoj.gov

4